DOWNEY BRAND LLP
JEFFREY S. GALVIN (Bar No. 170223)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
O'Ryan Industries, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. STANALAND and RONALD J. RETTERER, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>RENAE BOLSON, O'RYAN INDUSTRIES, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 05-CV-01453 FCD-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR O'RYAN INDUSTRIES, INC. TO FILE RESPONSIVE PLEADING** |

Plaintiffs Robert E. Stanaland and Ronald J. Retterer, and defendant O'Ryan Industries, Inc. ("O'Ryan"), previously stipulated to a 30-day extension of time for O'Ryan to file and serve a responsive pleading. Based on that stipulation, the current due date for O'Ryan's responsive pleading is November 16, 2005.

Counsel for Plaintiffs and O'Ryan are discussing a possible short term resolution of this action. Thus, pursuant to Local Rule 6-142(a), the parties ask the Court to extend the time in which O'Ryan may file its responsive pleading by an additional 14 days, to and including November 30, 2005.

713809.1

1

[PROPOSED] STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | DATED:  November 9, 2005 | DOWNEY BRAND LLP |
| 3 | | By: /s/ Jeffrey S. Galvin |
| 4 | | JEFFREY S. GALVIN<br>Attorneys for Defendant<br>O'Ryan Industries, Inc. |
| 6 | DATED:  November 10, 2005 | LAW OFFICES OF KIM HICKMAN |
| 8 | | By: /s/ Kim Hickman (as authorized on 11/10/05) |
| 9 | | KIM HICKMAN<br>Attorney for Plaintiffs<br>Robert E. Stanaland and Ronald J. Retterer |

**IT IS SO ORDERED.**

DATED: November 17, 2005         /s/ Frank C. Damrell Jr                    .
                                 UNITED STATES DISTRICT JUDGE